IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID ROBINSON, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 12-1271 |
| CORIZON HEALTH, INC. f/k/a PHS | : | |
| CORRECTIONAL HEALTHCARE, INC., | : | |
| et al. | : | |

## ORDER

AND NOW, this 13th day of December, 2016, upon consideration of the Motion to Dismiss by defendants Corizon Health, Inc. f/k/a Correctional Health Care, Inc., Bruce Blatt, M.D., Margarita McDonald, M.D., Richard Kosierowski, D.O., John Does, Jane Does, John Zaro, M.D. and Raymond Machak P.A. (Dkt. No. 72) and plaintiff's response (Dkt No. 76), it is hereby ORDERED that the motion is GRANTED IN PART and DENIED IN PART as follows:

1. The motion to dismiss Count I as against Corizon Health, Inc. is GRANTED and Count I is DISMISSED.

2. The motion to dismiss Count VI as against all moving defendants is GRANTED and Count VI is DISMISSED as against all moving defendants.

3. In all other respects, the motion is DENIED.

It is FURTHER ORDERED that defendants shall file an answer to the complaint on or before January 6, 2017.

*s/ Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J