IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID ROBINSON,<br><br>             Plaintiff,<br><br>   v.<br><br>PRISON HEALTH CARE SERVICES, INC., et al.,<br><br>             Defendants. | CIVIL ACTION<br>NO. 12-1271 |

## **ORDER**

**AND NOW**, this 29th day of May 2018, upon consideration of the Motion of Corizon Health, Inc., Bruce Blatt, M.D., Margarita McDonald, M.D., Richard Kosierowski, M.D., John Zaro, D.O., and Raymond Machak, P.A. for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56(a) (Doc. No. 94); Defendants' Statement of Uncontested Facts in Support of Their Motion for Summary Judgment (Doc. No. 95); the Praecipe to Add Exhibit "B", Part 2 to the Previously Filed Motion for Summary Judgment (Doc. No. 96); the October 31, 2017 pro se letter from Plaintiff David Robinson (Doc. No. 97-1); Defendants' Notices to the Court requesting that the Motion for Summary Judgment be granted as unopposed (Doc. Nos. 105, 107); Plaintiff's Statement in Response to Defendants' Motion for Summary Judgment (Doc. No. 112); and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (Doc. No. 94) is **GRANTED**.

2. Defendants Richard Stefanic, M.D., Frank Masino, P.A.-C., and the Commonwealth of Pennsylvania will be **DISMISSED** as Defendants.

3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.